McGREGOR W. SCOTT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-00239-JLT |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | |
| ANDRA G. DAVIS, | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through McGregor W. Scott, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Case Number 5:17-po-00239-JLT against Andra G. Davis, without prejudice, in the interest of justice.

Dated: June 7, 2018             Respectfully Submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                                */s/ Kyle R. Ratliff*
                                KYLE R. RATLIFF
                                Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 5:17-po-00239-JLT against Andra G. Davis be dismissed, without prejudice, in the interest of justice.

Dated: _____June 7, 2018

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge